IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUANTRAY BRYANT, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 2:18-cv-0146-KOB-TMP |
| WARDEN, *et al.*, | ) ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge filed his Report and Recommendation on January 30, 2018, recommending that the court dismiss without prejudice this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 for lack of jurisdiction. (Doc. 3). No party filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Consequently, the court finds that the petition for writ of *habeas corpus* is due to be dismissed without prejudice for lack of jurisdiction.

The court will enter a separate Final Order.

DONE and ORDERED this 5th day of March, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE